IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY ) ) ) Plaintiff, ) ) v. ) ) CAMPBELL INSURANCE, INC., ) TOMMY L. CAMPBELL, and ) MARSHA COLLEEN CAMPBELL, ) and A 2 Z INSURANCE, INC. ) LIBERTY MUTUAL INS. CO., and ) MONTGOMERY MUTUAL INS.CO. ) ) Defendants. ) | Case No.: 3:08-CV-00604  Judge Robert L. Echols Magistrate Judge John S. Bryant  JURY DEMAND |

## MOTION FOR PERMISSION TO FILE REPLY MEMORANDUM – L.R. 7.01(b)

Come the Defendants, Campbell Insurance, Inc., Tommy L. Campbell, Marsha Colleen Campbell, and A 2 Z Insurance, Inc. (hereinafter "Campbell Defendants") and, pursuant to Local Rule 7.01(b) move the Court for permission to file a Reply Memorandum. The Campbell Defendants filed a Motion to Compel concerning Plaintiff's response to their Fourth Request for Production of Documents. The motion was filed on March 18, 2010. The Plaintiff filed a response on April 5, 2010. The Campbell Defendants request leave of the Court to file a reply to the response filed by the Plaintiff.

The Plaintiff's Response to Defendants' Fourth Request for Production of Documents was actually an objection to each and every one of the sixteen requests. No documents were produced in response to the Request for Production of Documents. Plaintiff, in the Response in Opposition to the Motion to Compel, indicates the Campbell Defendants failed to articulate an issue in this matter with regard to which the requested documents might be relevant.

Plaintiff, in the Third Amended Complaint [Document 160], alleged a violation of the Tennessee Uniform Trade Secrets Act by all Defendants. Paragraph 172 on page 29 of the