ORDER:
motion granted
Defendant Campbell's supplemental expert written report shall be served within 21 days after completion of subject Rule 30(b)(6) deposition.

John Bryant,
USMJ

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY | )<br>)<br>) |
| Plaintiff, | )<br>) Case No.: 3:08-CV-00604 |
| v. | )<br>) Judge Robert L. Echols |
| CAMPBELL INSURANCE, INC., TOMMY L. CAMPBELL, and MARSHA COLLEEN CAMPBELL, and A 2 Z INSURANCE, INC. LIBERTY MUTUAL INS. CO., and MONTGOMERY MUTUAL INS.CO. | ) Magistrate Judge John S. Bryant<br>)<br>) JURY DEMAND<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF DEADLINE FOR SERVICE OF EXPERT REPORT FOR TOMMY CAMPBELL

Defendant, Tommy L. Campbell, respectfully moves the Court for an extension of the deadline by which his expert witness must provide the information specified in F.R.C.P. 26(a)(2). As grounds for this motion, the Defendant states his expert will need additional information to complete his report. The information needed was to be subject of the Rule 30(b)(6) deposition of ANPAC, a deposition which has been repeatedly postponed at the instance of the Plaintiff.

Mr. Tommy Campbell has served a written report prepared by his expert witnesses, Brookshire Barrett & Associates, LLC. The report is an analysis of the present value of lost pension benefits (post-termination compensation). Mr. Tommy Campbell has filed a counterclaim for those benefits which are provided for by the Post-Termination Compensation Schedule attached to the Agent Agreement.

The written report of Mr. Campbell's experts states, in part,