IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAMPBELL INSURANCE, INC., *et al.*, )<br>)<br>Defendants. ) | Civil No. 3:08-0604<br>Judge Trauger |

**O R D E R**

The Defendants' Motion to Extend Targeted Trial Date (Docket No. 234) is **GRANTED**. This case will be reset for trial before Judge Trauger after the setting of revised case management deadlines by Magistrate Judge Bryant.

It is so **ORDERED.**

Enter this 10th day of May 2010.

ALETA A. TRAUGER
U.S. District Judge