IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND ) <br> CASUALTY COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAMPBELL INSURANCE, INC., *et al.*, ) <br> ) <br> Defendants. ) | Civil No. 3:08-0604 <br> Judge Trauger |

## O R D E R

The Motion For Judicial Settlement Conference filed by certain defendants (Docket No. 266) is **GRANTED**. Because Magistrate Judge Bryant will continue to manage this case, it is hereby **ORDERED** that this case is **REFERRED** to Magistrate Judge Brown for a judicial settlement conference/mediation, to be scheduled at his convenience and the convenience of the parties.

It is so **ORDERED.**

Enter this 21st day of July 2010.

                                                                                             _____
                                                                                             ALETA A. TRAUGER
                                                                                             U.S. District Judge