UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
MIDDLE DIVISION

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CAMPBELL INSURANCE, INC., et al., | ) ) |
| Defendants. | ) ) |

Civil Action No. 3:08-cv-00604

Judge Trauger
Magistrate Judge Bryant

JURY DEMAND

ORDER DISMISSING CLAIMS AGAINST
SAFECO INSURANCE COMPANY OF AMERICA
AND
SAFECO INSURANCE COMPANY OF ILLINOIS

This cause is before the Court on the joint motion, filed pursuant to Fed. R. Civ. P. 41(a)(2), of the plaintiff, American National Property and Casualty Company, and defendants Safeco Insurance Company of America and Safeco Insurance Company of Illinois that the Court dismiss with prejudice all claims asserted in this lawsuit against Safeco Insurance Company of America and Safeco Insurance Company of Illinois. The parties to such claims having agreed to their dismissal, the Court finds the motion to be well taken and hereby orders that all claims asserted in this action by American National Property and Casualty Company against Safeco Insurance Company of America and Safeco Insurance Company of Illinois are hereby dismissed with prejudice, with American National Property and Casualty Company, Safeco Insurance Company of America and Safeco Insurance Company of Illinois to bear their own respective costs with respect to the dismissed claims.

It is so ORDERED.

_____
United States District Judge

APPROVED FOR ENTRY:

s/ Jonathan D. Rose
_____
Thor Y. Urness (BPR No. 13641)
Jonathan D. Rose (BPR No. 20967)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
(615) 244-2582

Attorneys for Plaintiff


s/ Melissa A. Maravich
_____
Melissa A. Maravich (BPR No. 013876)
John R. McCann (BPR No. 022914)
BURCH, PORTER & JOHNSON, PLLC
130 N. Court Avenue
Memphis, Tennessee 38103

Attorneys for:
Safeco Insurance Company of America and
Safeco Insurance Company of Illinois