Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY | )<br>)<br>) |
| Plaintiff, | )<br>) |
| | ) Case No.: 3:08-CV-00604 |
| v. | )<br>) Judge Aleta A. Trauger |
| CAMPBELL INSURANCE, INC., | ) Magistrate Judge John S. Bryant |
| TOMMY L. CAMPBELL, and | ) |
| MARSHA COLLEEN CAMPBELL, | ) JURY DEMAND |
| and A 2 Z INSURANCE, INC. | ) |
| LIBERTY MUTUAL INS. CO., and | ) |
| MONTGOMERY MUTUAL INS.CO. | )<br>) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR PERMISSION TO FILE A REPLY TO PLAINTIFF'SRESPONSE TO DEFENDANTS' MOTIONS FOR SANCTIONS**

Defendants, Tommy Campbell, Colleen Campbell, Campbell Insurance, Inc. and A 2 Z Insurance, Inc., by and through counsel, and pursuant to L.R. 7.01(b), move this Court for permission to file a reply to Plaintiff's response to Defendants' motion for sanctions. [Doc. No. 276]. The Defendants have completed a thorough review of the Plaintiff's response and seek permission to file a reply to specifically address arguments raised therein to assist this Court in ruling on the pending motion. In further support of said motion, Defendants rely on the contemporaneously filed memorandum of law.