IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, ) ) ) Plaintiff, ) ) ) v. ) ) CAMPBELL INSURANCE, INC., *et al.*, ) ) Defendants. ) | Civil No. 3:08-0604 Judge Trauger |

## O R D E R

The plaintiff's Motion To Revise Case Management Deadlines (Docket No. 293) is **GRANTED**. It is hereby **ORDERED** that all case management deadlines are hereby **SUSPENDED**, pending the judicial settlement conference scheduled with Magistrate Judge Brown on September 21, 2010. Should the parties not settle this case, a case management conference will be scheduled before Judge Trauger for the setting of case management deadlines and the trial.

It is so **ORDERED.**

Enter this 9th day of September 2010.

                                              _____
                                              ALETA A. TRAUGER
                                              U.S. District Judge