*ORDER: motion granted.*
*John Bryant, USMJ*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, | ) ) ) |
| Plaintiff, | ) Civil Action No. 3:08-cv-00604 ) |
| v. | ) Judge Trauger ) Magistrate Judge Bryant |
| CAMPBELL INSURANCE, INC., et al., | ) ) JURY DEMAND ) |
| Defendants. | ) ) |

## PLAINTIFF'S MOTION FOR LEAVE SUR-REPLY AS TO MOTION FOR SANCTIONS

The plaintiff, American National Property and Casualty Company ("American National"), respectfully seeks leave to file a brief sur-reply to the reply filed by the Campbell Defendants on September 10, 2010 (Docket No. 295). American National's sur-reply is attached hereto as **Exhibit 1**, and a supporting memorandum is filed herewith pursuant to LR7.01(a).

Respectfully submitted,

/s/ Thor Y. Urness
Thor Y. Urness (Tenn. B.P.R. No. 13641)
Jonathan D. Rose (Tenn. B.P.R. No. 20967)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203
(615) 252-2384

*Attorneys for Plaintiff*

7/2432997.1
109964-000002