```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

AMERICAN NATIONAL PROPERTY        )
AND CASUALTY COMPANY,             )
                                  )
        Plaintiff                 )
                                  )   Case No. 3:08-0604
v.                                )   Judge Trauger/Brown
                                  )
CAMPBELL INSURANCE, INC., et al., )
                                  )
        Defendants                )

### O R D E R

A settlement conference was held in this matter on September 21, 2010. Although the parties bargained in good faith, a resolution satisfactory to all parties could not be reached. The parties are advised that the Magistrate Judge stands ready to assist if circumstances change and the parties believe that further progress could be made.

At the present time it does not appear to be anything that remains to be done by the undersigned and, accordingly, the **Clerk** is directed to return the file to Magistrate Judge Bryant.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge