IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| ) | Civil No. 3:08-0604 |
| v. ) | Judge Trauger |
| ) | Magistrate Judge Bryant |
| CAMPBELL INSURANCE, INC., *et al.*, ) ) | |
| Defendants. ) | |

**O R D E R**

Given the extensive management of this case by Magistrate Judge Bryant, the portion of the Order entered September 9, 2010 that stated that Judge Trauger would conduct a case management conference if the judicial settlement conference before Magistrate Judge Brown was not successful (Docket No. 294) is **VACATED**.

It is hereby **ORDERED** that this case remains on referral to Magistrate Judge Bryant for further case management and decisions on non-dispositive motions. Judge Trauger will reset the trial upon being informed by Magistrate Judge Bryant that it is the appropriate time to reset a trial date.

It is so **ORDERED.**

Enter this 18th day of October 2010.

_____
ALETA A. TRAUGER
U.S. District Judge