UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

AMERICAN NATIONAL PROPERTY,      )
et al.,                          )
                                 )
    Plaintiffs,                  )
                                 )
     v.                        )      NO.  3:08-0604
                                 )      Judge Echols/Bryant
CAMPBELL INSURANCE, INC., et al.)      **Jury Demand**
                                 )
    Defendants.                  )

## O R D E R

The undersigned Magistrate Judge conducted a telephone case management conference in this case on October 26, 2010.  From discussions with counsel, it appears that certain additional discovery will be necessary in this case.

Counsel are hereby directed to confer among themselves and to file no later than **November 10, 2010**, a proposed revised case management order containing deadlines governing the progress of this case toward trial.  If the parties are unable to agree on these deadlines, each party shall file their respective proposals, including an indication of those deadlines upon which they can agree.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge