IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 3:08-cv-00604 Judge Trauger |
| CAMPBELL INSURANCE, INC., et al, ) ) | |
| Defendants. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment on Counterclaim filed by plaintiff American National Property and Casualty Company (Docket No. 269) is **GRANTED**, and defendant Tommy L. Campbell's counterclaim (Docket No. 176 at 16-17) is hereby **DISMISSED**. The Motion to Amend (Docket No. 301) and Motion for Leave to File Reply Memorandum (Docket No. 307) filed by defendants Tommy L. Campbell, Marsha Colleen Campbell, Campbell Insurance, Inc., and A 2 Z Insurance, Inc. are **DENIED**.

It is so Ordered.

Entered this 8th day of November 2010.

_____
ALETA A. TRAUGER
United States District Judge