IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY<br><br>Plaintiff,<br><br>v.<br><br>CAMPBELL INSURANCE, INC.,<br>TOMMY L. CAMPBELL, and<br>MARSHA COLLEEN CAMPBELL,<br>and A 2 Z INSURANCE, INC.<br>LIBERTY MUTUAL INS. CO., and<br>MONTGOMERY MUTUAL INS.CO.<br><br>Defendants. | Case No.: 3:08-CV-00604<br><br>Judge Aleta A. Trauger<br>Magistrate Judge John S. Bryant<br><br>JURY DEMAND |

## ~~PROPOSED~~ REVISED CASE MANAGEMENT ORDER NO. 5

To the extent inconsistent herewith, all previous case management orders in this matter are revised as follows:

**III.    Schedule of Pre-Trial Proceedings**

   **3.    Other Pre-Trial Discovery Matters**

   a.    Fact discovery shall be completed no later than **Friday, February 25, 2011**. All written discovery must be served in time for responses to be in hand by this date.

   b.    Discovery-related motions shall be filed by **Friday, February 25, 2011**. Prior to filing any discovery-related motion the parties will schedule and conduct a telephone conference with the Magistrate Judge.

   c.    By the close of business on **Friday, March 4, 2011**, any opposing party shall declare to the party bearing the burden of proof (not file with the Court) the identity of its expert witnesses and provide all the information specified in Fed. R. Civ. P. 26(a)(B).

d. Any supplements to expert reports shall be submitted by the close of business on **Friday, March 18, 2011.** There shall not be any rebuttal expert witnesses.

e. Expert discovery shall be completed on or before **Friday, April 1, 2011.**

f. All dispositive motions shall be filed by **Friday, April 1, 2011.** Any response thereto shall be filed **within 28 days** of the filing of the dispositive motion is filed (*e.g.*, by Friday, April 29, 2011, if the motion is filed on April 1, 2011). A reply to a response to a dispositive motion may be filed without leave of Court, but must be filed **within 14 days** of the filing of the response brief (*e.g.*, by Friday, May 13, 2011, if the response is filed on April 29, 2011). Any memorandum filed in support of or in opposition to a dispositive motion is limited to **25 pages,** except that the reply, if any, is limited to **five pages,** absent Court permission for longer pleading.[1] *Plaintiff shall respond to the Campbell defendants' pending motion for partial summary judgment (Docket Entry No. 280) on or before November 19, 2010.*

g. A subsequent case management conference by telephone is set for *January 25, 2011 at 10:30 a.m.* Counsel for plaintiff shall initiate this call. If the parties prefer to conduct this conference in the courtroom, they can request to do so by motion.

IV. **Target trial date**

The target trial date is ~~Monday~~ *Tuesday*, August ~~15~~ *16*, 2011.

It is so ORDERED.

_____
John S. Bryant
United States Magistrate Judge

---

[1] The Campbell Defendants and Plaintiff have agreed that Plaintiff's Response to the Campbell Defendant's Motion for Partial Summary Judgment is due on November 19, 2010.