Motion GRANTED. Reply to be filed by 12/3/10.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY ) ) ) | |
| Plaintiff, ) ) | Case No.: 3:08-CV-00604 |
| v. ) ) | Judge Aleta Trauger |
| CAMPBELL INSURANCE, INC., ) TOMMY L. CAMPBELL, and ) MARSHA COLLEEN CAMPBELL, ) and A 2 Z INSURANCE, INC. ) LIBERTY MUTUAL INS. CO., and ) MONTGOMERY MUTUAL INS.CO. ) ) | Magistrate Judge John S. Bryant JURY DEMAND |
| Defendants. ) | |

### DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM

Come the Defendants, Campbell Insurance, Inc., Tommy L. Campbell, A 2 Z Insurance, Inc. and Marsha Colleen Campbell ("Campbell Defendants"), and, pursuant to L.R. 7.01(b) move the Court for leave to file a Reply Memorandum in support of their Motion for Partial Summary Judgment. The Campbell Defendants' Motion for Partial Summary Judgment pursuant to Rule 56 F.R.C.P. was filed and served on August 20, 2010. The Plaintiff, American National Property and Casualty Company's, (hereinafter "ANPAC") response was filed on Friday, November 19, 2010. ANPAC raised a number of issues in its response the Campbell Defendants wish to address and clarify. In the order addressed by ANPAC and using roman numerals corresponding to ANPAC's response, the Campbell Defendants would like to address the following: