```
                UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF TENNESSEE
                       NASHVILLE DIVISION
```

AMERICAN NATIONAL PROPERTY,       )
                                  )
    Plaintiff,                    )
                                  )
    v.                            )    NO. 3:08-0604
                                  )    Judge Trauger/Bryant
CAMPBELL INSURANCE, INC., et al.) **Jury Demand**
                                  )
    Defendants.                   )

## O R D E R

Pending in this case is the Motion For Sanctions filed on behalf of the "Campbell defendants," Campbell Insurance, Inc., Tommy L. Campbell, Marsha Colleen Campbell and A 2 Z Insurance, Inc. (Docket Entry No. 236). The plaintiff responded in opposition (Docket Entry No. 256).

Subsequent events in this case have overtaken the subject motion and have rendered it moot. The Campbell defendants filed this motion after their Rule 30(b)(6) deposition of the plaintiff was postponed because the designated witness was required to undergo eye surgery for a detached retina. Defendants filed this motion for sanctions out of an expressed concern that the delay in obtaining the plaintiff's deposition would effectively preclude the Campbell defendants from filing a timely dispositive motion. Among the sanctions sought by defendants' motion was a stay of further proceedings until they could obtain a Rule 30(b)(6) deposition of the plaintiff.

Shortly after the filing of this motion, the Court granted defendants' motion to continue the trial date (Docket Entry No. 250), resulting in extensions of pretrial deadlines that allowed for defendants' Rule 30(b)(6) deposition of the plaintiff.

The undersigned Magistrate Judge finds from the record that the Campbell defendants have effectively obtained the relief they seek in this motion, and, therefore, that their motion for sanctions should be **DENIED** as moot.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge