UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| AMERICAN NATIONAL PROPERTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:08-0604 |
| | ) | Judge Trauger/Bryant |
| CAMPBELL INSURANCE, INC., et al. | ) | **Jury Demand** |
| | ) | |
| Defendants. | ) | |

**O R D E R**

The "Campbell Defendants," Tommy L. Campbell, Marsha Colleen Campbell and A 2 Z Insurance, Inc. filed their Motion to Shorten Time (Docket Entry No. 248), seeking an order shortening the time within which plaintiff would be required to respond to requests for production of documents served in a Rule 30(b)(6) deposition notice. The subject deposition notice was served on May 6, 2010, for a deposition scheduled for May 18, 2010. In addition to listing subject matters to be covered in the deposition, the notice included twenty separate categories of documents that plaintiff was requested to produce at this deposition (Docket Entry No. 249-1).

Plaintiff responded in opposition, and asserted that the Campbell defendants had previously served six sets of Rule 34 document requests, to which plaintiff had responded by producing over 13,000 pages of documents (Docket Entry No. 258). In addition, plaintiff objected because the Campbell defendants' motion, if granted, would materially deprive plaintiff of most of the thirty days provided by Rule 34 within which a party may gather documents to respond to a request for production.

The subject motion, along with other issues related to the Rule 30(b)(6) deposition of plaintiff scheduled for May 18, 2010, was discussed with the undersigned Magistrate Judge during a telephone conference with counsel conducted on May 14, 2010. Following arguments by counsel during that telephone conference, the Court declined to grant the Campbell defendants' motion to shorten the time within which plaintiff was required to respond to the requests for production contained in the deposition notice. Moreover, since the deposition has now been taken, defendants' motion to shorten time is moot. For the above reasons, the Campbell defendants' motion to shorten time (Docket Entry No. 248) is **DENIED**.

It is so **ORDERED**.

                                              s/ John S. Bryant
                                              JOHN S. BRYANT
                                              United States Magistrate Judge