# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, ) ) ) | |
| Plaintiff, ) | |
| ) | Civil No. 3:08-0604 |
| v. ) | Judge Trauger |
| ) | |
| CAMPBELL INSURANCE, INC., *et al.*, ) ) | |
| Defendants. ) | |

## O R D E R

The Plaintiff's Motion For Leave to File Sur-Reply (Docket No. 329) is **GRANTED**.

The additional request for oral argument is **DENIED**.

It is so **ORDERED**.

ENTER this 14th day of December 2010.

_____
ALETA A. TRAUGER
U.S. District Judge