# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, ) ) ) Plaintiff, ) ) v. ) ) CAMPBELL INSURANCE, INC., et al, ) ) Defendants. ) | Case No. 3:08-cv-00604 Judge Trauger |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Partial Summary Judgment filed by defendants Campbell Insurance, Inc., Tommy L. Campbell, A 2 Z Insurance, Inc., and Marsha Colleen Campbell (Docket No. 280) is **DENIED**. The Motion to Amend filed by the same defendants (Docket No. 327) is **GRANTED**. The defendants shall file an amended answer within five days of entry of this Order.

It is so Ordered.

Entered this 11th day of January 2011.

_____
ALETA A. TRAUGER
United States District Judge