UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

AMERICAN NATIONAL PROPERTY, )
)
    Plaintiff, )
)
  v. ) NO. 3:08-0604
) Judge Trauger/Bryant
CAMPBELL INSURANCE, INC., et al.) **Jury Demand**
)
    Defendants. )

**O R D E R**

The undersigned Magistrate Judge conducted a telephonic case management conference with the parties on January 25, 2011.

Following discussions with counsel, and at the request of counsel for the Campbell defendants, the Court **MODIFIES** paragraph III. 3. b. in Revised Case Management Order No. 5 (Docket Entry No. 311) to state that discovery-related motions shall be filed by **Monday, March 7, 2011.**

All other provisions of the revised case management order shall remain in effect.

It is so **ORDERED**.

                                      s/ John S. Bryant
                                      JOHN S. BRYANT
                                      United States Magistrate Judge