IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAMPBELL INSURANCE, INC., )<br>TOMMY L. CAMPBELL, and )<br>MARSHA COLLEEN CAMPBELL, )<br>and A 2 Z INSURANCE, INC. )<br>LIBERTY MUTUAL INS. CO., and )<br>MONTGOMERY MUTUAL INS.CO. )<br>)<br>Defendants. ) | Case No.: 3:08-CV-00604<br><br>Judge Aleta A. Trauger<br>Magistrate Judge John S. Bryant<br><br>JURY DEMAND |

## MOTION TO FILE REPLY MEMORANDUM

Come the Defendants, Campbell Insurance, Inc., Tommy L. Campbell, Marsha Colleen Campbell and A 2 Z Insurance, Inc. (hereinafter "Campbell Defendants"), and, pursuant to L.R. 7.01(b), move the Court for leave to file a Reply Memorandum in support of their Motion to Compel. In support of this motion, the Campbell Defendants would show ANPAC has filed a response to their Motion to Compel. The Campbell Defendants seek permission to file a brief reply addressing several matters raised in the response. A copy of the proposed reply is attached hereto as Exhibit A.

Respectfully submitted,

**LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC**

By:    s/Steven W. Keyt
      **STEVEN W. KEYT (009200)**
*Attorneys for Defendants, Campbell Insurance, Inc., Tommy L. Campbell, Marsha Colleen Campbell and A2Z Insurance, Inc.*
801 Broad Street, Third Floor
Chattanooga, TN 37402
Phone: (423) 265-0214