ORDER:
Motion to strike is granted.

*s/ John S. Bryant*

U.S. Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY  )<br>)<br>**Plaintiff,**  )<br>)<br>v.  )<br>)<br>CAMPBELL INSURANCE, INC., )<br>TOMMY L. CAMPBELL, and )<br>MARSHA COLLEEN CAMPBELL, )<br>and A 2 Z INSURANCE, INC. )<br>LIBERTY MUTUAL INS. CO., and )<br>MONTGOMERY MUTUAL INS.CO. )<br>)<br>**Defendants.**  ) | Case No.: 3:08-CV-00604<br><br>Judge Aleta A. Trauger<br>Magistrate Judge John S. Bryant<br><br>JURY DEMAND |

## MOTION TO STRIKE

Come the Defendants, Tommy L. Campbell, Marsha Colleen Campbell, Campbell Insurance, Inc. and A 2 Z Insurance, Inc. (hereinafter "Campbell Defendants"), and move the Court to strike the Motion to Compel [Document 361] and Memorandum in Support [Document 362] which they filed on February 24, 2011. The Campbell Defendants' Motion to Compel did not technically comply with L.R. 37.01(b)(2) and, accordingly, the Campbell Defendants wish to strike that motion. A revised Motion to Compel and Memorandum in Support will be filed raising the same issue and, hopefully, complying with the Local Rules.

Respectfully submitted,

**LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC**

By:   s/Steven W. Keyt
 **STEVEN W. KEYT (009200)**
 *Attorneys for Defendants, Campbell Insurance, Inc., Tommy L. Campbell, Marsha Colleen Campbell and A2Z Insurance, Inc.*
 801 Broad Street, Third Floor
 Chattanooga, TN 37402
 Phone: (423) 265-0214
 Fax: (423) 267-6625