Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CAMPBELL INSURANCE, INC., et al.,<br><br>Defendants. | Civil Action No. 3:08-cv-00604<br><br>Judge Trauger<br>Magistrate Judge Bryant<br><br>JURY DEMAND |

## MOTION TO EXCEED PAGE LIMIT

Plaintiff, American National Property ("American National"), pursuant to LR 7.01(e)(1), respectfully moves for permission to exceed the page limit of 25 pages (LR 7.01(a); Docket No. 311 at 2) with respect to its contemporaneously filed Memorandum in Support of Motion for Summary Judgment Against Campbell Defendants. As grounds for this motion, American National states that it has done its best to be succinct, but that the discussion of the Campbell Defendants' Fifth Affirmative Defense (set off for "savings" by American National) caused the memorandum to exceed 25 pages. Rather than filing a separate motion and memorandum as to this defense (e.g., a Rule 12(c) motion for judgment on the pleadings or a Rule 12(d) motion to strike an insufficient defense), American National has included its argument for dismissal of this defense in the subject memorandum.

WHEREFORE, for the reasons stated above, American National respectfully moves for leave to exceed the 25-page limitation with respect to its Memorandum in Support of Motion for Summary Judgment Against Campbell Defendants.