Motion GRANTED.
[signature]

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> CAMPBELL INSURANCE, INC., et al., <br><br> Defendants. | Civil Action No. 3:08-cv-00604 <br><br> Judge Trauger <br> Magistrate Judge Bryant <br><br> JURY DEMAND |

## MOTION TO EXCEED PAGE LIMIT

The plaintiff, American National Property and Casualty Company ("American National"), pursuant to LR 7.01(e)(1), respectfully moves for permission to exceed the page limit of 25 pages with respect to its Response to Liberty Defendants' Motion for Summary Judgment. As grounds for this motion, American National states that it would be impossible to give proper treatment to the involved facts of this case and analyze the numerous legal questions presented by the Liberty Defendants within 25 pages. American National's Response is only modestly in excess of the page limitation and responds to the numerous legal arguments presented by the Liberty Defendants.

WHEREFORE, for the reasons stated above, American National respectfully moves for leave to exceed the 25-page limitation with respect to its Response to Liberty Defendants' Motion for Summary Judgment.