IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, | ) ) ) | |
| | ) | Civil Action No. 3:08-cv-00604 |
| Plaintiff, | ) ) | |
| v. | ) ) | Judge Trauger Magistrate Judge Bryant |
| | ) | |
| CAMPBELL INSURANCE, INC., et al., | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

## MOTION TO EXCEED PAGE LIMIT

American National, pursuant to LR 7.01(e)(1), respectfully moves for permission to exceed the page limit of five pages with respect to its Reply to the Campbell Defendants' Response to American National's Motion for Summary Judgment (Docket No. 429) and its Reply to Montgomery's (Liberty's) Response to American National's Motion for Summary Judgment (Docket No. 428). As grounds for this motion, American National states that it would be impossible to reply appropriately to the Campbell Defendants' Response within five pages (and further notes that the Campbell Defendants have also moved for leave to exceed the reply page limit (Docket No. 458), and that its reply to Liberty's Response is only 6 pages.

WHEREFORE, for the reasons stated above, American National respectfully moves for leave to exceed the five-page limitation with respect to its Replies to the Campbell Defendants' and Liberty's Responses to American National's Motion for Summary Judgment.