Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>CAMPBELL INSURANCE, INC., TOMMY L. CAMPBELL, MARSHA COLLEEN CAMPBELL, A2Z INSURANCE, INC., LIBERTY MUTUAL INS. CO., and MONTGOMERY MUTUAL INS. CO.,<br><br>    Defendants. | Civil Action No. 3:08-CV-00604<br>JUDGE Aleta A. Trauger<br>Magistrate John S. Bryant<br>JURY DEMAND |

## MOTION FOR LEAVE TO FILE REPLY

Pursuant to LR 7.01(b), Defendants Liberty Mutual Ins. Co. and Montgomery Mutual Ins. Co. (hereinafter "Montgomery") move this Court for leave to file a short reply to ANPAC's Response to Montgomery's Motion for Attorneys' Fee (hereinafter "Reply") (Docket Entry No. 470 at 4).

Montgomery believes its reply, which is only seven pages in length and attached hereto, will assist the Court by refocusing on the factual and legal issues at question in the underlying Motion.