# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, ) ) ) | |
| Plaintiff, ) | |
| ) | Civil No. 3:08-0604 |
| v. ) | Judge Trauger |
| ) | |
| CAMPBELL INSURANCE, INC., *et al.*, ) ) | |
| Defendants. ) | |

## **O R D E R**

Because the parties are now anticipating an 8-day trial and because the trials of two criminal cases set on August 23, 2011 must take priority over this civil case, it is hereby **ORDERED** that the trial scheduled for August 23, 2011 and the pretrial conference scheduled for August 19, 2011 are **CONTINUED**, to be reset by separate order.

It is hereby **ORDERED** that, by Friday, July 29, 2011, the parties shall inform Judge Trauger's courtroom deputy of their availability for the following alternative trial dates:

1. October 25, 2011,

2. November 1, 2011,

3. November 29, 2011, or

4. December 6, 2011.

It is so **ORDERED**.

ENTER this 26th day of July 2011.

_____
ALETA A. TRAUGER
U.S. District Judge