IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil No. 3:08-0604 ) Judge Trauger ) |
| CAMPBELL INSURANCE, INC., *et al.*, | ) ) |
| Defendants. | ) |

**O R D E R**

It is hereby **ORDERED** that by Monday, August 1, 2011, the parties shall file a joint mediation report that informs the court of the name of the mediator upon whom they have agreed and the date for their private mediation.

It is so **ORDERED**.

ENTER this 27th day of July 2011.

_____
ALETA A. TRAUGER
U.S. District Judge